THE PEOPLE OF THE STATE OF NEW YORK ex rel. LIVINGSTON PLATT et al., Individually and Constituting the Board of Trustees of the Village of Rye, Respondents, against ERNEST F. EILERT et al., Constituting the Board of Elections of the County of Westchester, et al., Appellants.

Submitted July 23, 1940; decided July 24, 1940.

*William A. Davidson, County Attorney (Frank J. Claydon* of counsel), for appellants.

*Samuel LaRosa* for Village of Port Chester, *amicus curiæ.*

*Arthur D. Brennan* and *Richard Barber* for respondents.

Order affirmed, without costs (*Lane* v. *Johnson,* 283 N. Y. 244). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.